**BROWN & WINTERS**
William D. Brown, Esq., SBN 125468
120 Birmingham Drive, Suite 10
Cardiff-By-The-Sea, CA 92007
Telephone: (760) 633-4485
Facsimile:  (760) 633-4427
Email: bbrown@brownandwinters.com
        spatterson@brownandwinters.com
        bsyz@brownandwinters.com

Attorneys for Plaintiff
CITY OF RIPON

**SEDGWICK LLP**
Claire Cortner, Esq., SBN 127603
claire.cortner@sedgwicklaw.com
Laura L. Goodman, Esq., SBN 142689
laura.goodman@sedgwicklaw.com
Andrea M. Kendrick, Esq., SBN 225688
andrea.kendrick@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781.7900
Facsimile:     (415) 781.2635

Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

**BECHERER KANNETT & SCHWEITZER**
Lori A. Schweitzer, Esq., SBN 104882
Dolores Bastian Dalton, Esq., SBN 94931
The Water Tower
1255 Powell Street
Emeryville, California 94608
Telephone:  (510) 658-3600

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RIPON,<br><br>    Plaintiff.<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY;<br>TRAVELERS INDEMNITY COMPANY; and<br>DOES  1 through 50, inclusive,<br><br>    Defendants. | **CASE NO.:  12:CV-01638 WBS-KJN**<br><br>**ORDER ON STIPULATION SETTING DATE FOR MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** |

1 Having read and considered the stipulation of plaintiff City of Ripon, defendant Continental Insurance Company, and defendant The Travelers Indemnity Company setting the date for filing motions for summary judgment and/or partial summary judgment, the Court hereby modifies its October 11, 2012 Status (Pretrial Scheduling) Order as follows:

Motions for summary judgment and/or partial summary judgment will be filed by November 15, 2013, in accordance with applicable statutes, the Eastern District of California local rules, and any applicable standing orders of this Court.

IT IS SO ORDERED.

DATED:   March 15, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE