UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RIPON,<br><br>        Plaintiff,<br><br>    v.<br><br>CONTINENTAL INSURANCE COMPANY & TRAVELERS INDEMNITY COMPANY,<br><br>        Defendants. | No.  2:12-cv-1638-WBS-KJN<br><br>ORDER |

        On October 14, 2013, the parties filed a stipulation and proposed order to amend the district judge's October 11, 2012 pre-trial scheduling order (ECF No. 15), as modified by the district judge's subsequent March 15, 2013 order (ECF No. 17).  (ECF No. 30.)  The pre-trial scheduling order provides that "[a]ny requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the trial date shall be heard and decided only by the undersigned judge."  (ECF No. 15 at 5.)

        The court declines to approve the parties' present stipulation, but without prejudice to the parties submitting a revised stipulation that addresses the issues outlined in this order.

        Although the parties have stipulated that motions for summary judgment shall be filed by February 15, 2014, the parties also stipulated that discovery shall be completed by July 1, 2014,

1

1  and that the deadline for filing all other motions, including discovery motions, shall be extended
2  to August 1, 2014.  However, the parties have not stipulated to a change in the final pretrial
3  conference and trial dates, which are still set for August 4, 2014 and October 7, 2014,
4  respectively, before the district judge.

5  If the parties do not intend to request a change in the pretrial conference and trial dates,
6  the undersigned is disinclined to approve a stipulation that would allow motions, except motions
7  for continuances, temporary restraining orders, or other emergency applications, to be filed after
8  the district judge's current filing deadline of June 2, 2014.  By contrast, the parties' present
9  stipulation and proposed order would allow parties to file motions until August 1, 2014, mere
10 days before the pretrial conference.

11 Additionally, the parties are advised that it is the court's practice to have all discovery
12 motions resolved by the discovery completion deadline.  (See Pretrial Scheduling Order, ECF No.
13 15 at 3 ("All motions to compel discovery must be noticed on the magistrate judge's calendar in
14 accordance with the local rules of this court and so that such motions may be heard and any
15 resulting orders obeyed not later than [the discovery completion deadline]."))

16 Therefore, the parties should consider making adjustments to their proposed schedule to
17 accommodate the above concerns.  Furthermore, if the parties decide to request a change to the
18 pretrial conference and trial dates, the parties should submit their stipulation and proposed order
19 for the district judge's consideration, given that those dates are set before the district judge and
20 would impact his schedule.

21 Accordingly, the parties' stipulation and proposed order to amend the pretrial scheduling
22 order (ECF No. 30) is NOT APPROVED, but without prejudice to the parties submitting a
23 revised stipulation addressing the court's scheduling concerns outlined above.

24 IT IS SO ORDERED.

25 Dated:  October 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2