**BROWN & WINTERS**
William D. Brown, Esq., SBN 125468
120 Birmingham Drive, Suite 10
Cardiff-By-The-Sea, CA 92007
Telephone: (760) 633-4485
Facsimile:  (760) 633-4427
Email: bbrown@brownandwinters.com
          spatterson@brownandwinters.com
          bsyz@brownandwinters.com

Attorneys for Plaintiff
CITY OF RIPON

**SEDGWICK LLP**
Laura L. Goodman, Esq., SBN 142689
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781.7900
Facsimile:    (415) 781.2635
Email: laura.goodman@sedgwicklaw.com

Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

**BECHERER KANNETT & SCHWEITZER**
Lori A. Schweitzer, Esq., SBN 104882
Dolores Bastian Dalton, Esq., SBN 94931
The Water Tower
1255 Powell Street
Emeryville, California 94608
Telephone:  (510) 658-3600
Facsimile:   (510) 658-1151
Email: lschweitzer@bkscal.com
          ddalton@bkscal.com

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF RIPON,<br><br>  Plaintiff.<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY;<br>TRAVELERS INDEMNITY COMPANY; and<br>DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.:  12:CV-01638 WBS-KJN<br><br>**ORDER VACATING CURRENT SCHEDLING ORDER** |

Having read and considered the Stipulation of plaintiff City of Ripon, defendant Continental Insurance Company and defendant Travelers Indemnity Company regarding pending settlements, and requesting that the Court vacate the current Scheduling Order, the Court hereby orders as follows:

1    The Court hereby vacates the current Scheduling Order.  **A Status Conference is set for January 21, 2014 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **January 7, 2014.**   If the parties file a stipulation requesting dismissal of the action with prejudice before the Scheduling Conference, the Scheduling Conference will be vacated.   The Pretrial Conference date of August 4, 2014 and Trial date of October 7, 2014 are vacated.

Dated:  November 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE