| | |
|---|---|
| **BROWN & WINTERS**<br>William D. Brown, Esq., SBN 125468<br>120 Birmingham Drive, Suite 10<br>Cardiff-By-The-Sea, CA 92007<br>Telephone: (760) 633-4485<br>Facsimile:  (760) 633-4427<br>Email: bbrown@brownandwinters.com<br>         spatterson@brownandwinters.com<br>         bsyz@brownandwinters.com<br><br>Attorneys for Plaintiff<br>CITY OF RIPON | **BECHERER KANNETT & SCHWEITZER**<br>Lori A. Schweitzer, Esq., SBN 104882<br>Dolores Bastian Dalton, Esq., SBN 94931<br>The Water Tower<br>1255 Powell Street<br>Emeryville, California 94608<br>Telephone:  (510) 658-3600<br>Facsimile:   (510) 658-1151<br>Email: lschweitzer@bkscal.com<br>         ddalton@bkscal.com<br><br>Attorneys for Defendant<br>THE TRAVELERS INDEMNITY COMPANY |

**SEDGWICK LLP**
Laura L. Goodman, Esq., SBN 142689
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781.7900
Facsimile:     (415) 781.2635
Email: laura.goodman@sedgwicklaw.com

Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RIPON,<br><br>        Plaintiff.<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY;<br>TRAVELERS INDEMNITY COMPANY; and<br>DOES  1 through 50, inclusive,<br><br>        Defendants. | **CASE NO.:  12:CV-01638 WBS-KJN**<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having read and considered the Notice of Settlement and Stipulation Continuing Status Conference of plaintiff City of Ripon, defendant Continental Insurance Company and defendant Travelers Indemnity Company, the Court orders as follows:

//

//

-1-    Case No. 12: CV-01638 WBS-KJN
**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

1   The Status Conference currently set for January 21, 2014 is vacated and continued until
2   March 3, 2014 at 2:00 p.m.   The parties shall file their disposition documents no later than
3   2/24/2014, or a Joint Status Report by that date if settlement has not been finalized.

Dated: January 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE