WILLIAM D. BROWN, ESQ., SBN 125468
BENJAMIN P. SYZ, ESQ., SBN
bbrown@brownandwinters.com
bsyz@brownandwinters.com
BROWN & WINTERS
120 Birmingham Drive, Suite 110
Cardiff-by-the-Sea, CA 92007
Telephone:  (760) 633-4485
Fax:  (760) 633-4427

Attorneys for Plaintiff CITY OF RIPON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RIPON,<br><br>  Plaintiff.<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY;<br>TRAVELERS INDEMNITY COMPANY; and<br>DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.:  2:12-cv-01638-WBS-KJN<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF ACTION** |

## ORDER

IT IS HEREBY ORDERED that the Court hereby dismisses the entire above-titled action with prejudice.

Dated:  February 13, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-     Case No. 2:12-cv-01638-WBS-KJN
**NOTICE OF DISMISSAL; [Proposed] Order**